**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose (SBN 126281)
Email: brose@kayerose.com
Frank C. Brucculeri (SBN 137199)
Michelle E. Ceja (SBN 236560)
1801 Century Park East
Suite 1500
Los Angeles, California 90067
Tel:  (310) 551-6555
Fax:  (310) 277-1220

Attorneys for Plaintiff
CAPITAL BANK, PLC. (a subsidiary of Bank of Scotland)

RECEIVED BUT NOT FILED / lodged
JAN - 9 2008
4:01
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BANK PLC. (a subsidiary of Bank of Scotland),<br><br>Plaintiff,<br><br>vs.<br><br>The M/Y BIRGITTA, Official No. 910659, her engines, tackle and apparel, etc., <u>in rem</u>; JUANITA GROUP LIMITED, <u>in personam</u>,<br><br>Defendants. | Case No. CV 06-2740 PSG (SSx)<br><br>**IN ADMIRALTY**<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**<br><br>Priority<br>Send<br>Enter ✗<br>Closed<br>JS-5/JS-6 ✗<br>JS-2/JS-3<br>Scan Only |

Pursuant to Rule 41(a)(1) of <u>Federal Rules of Civil Procedure</u>, Plaintiff CAPITAL BANK PLC, and Defendants M/Y BIRGITTA, Official No. 910659 and JUANITA GROUP LIMITED, by and through their counsel of record, hereby stipulate to the dismissal of the within entitled action without prejudice.

/ / /

/ / /

/ / /

-1-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER   Case No. CV062740

The parties respectfully request this Court enter an order dismissing the complaint without prejudice and vacate the dates of the Final Pretrial Conference and Trial, currently scheduled for January 14, 2008 and January 29, 2008, respectively.

IT IS SO STIPULATED AND AGREED.

Dated: January 9, 2008

KAYE, ROSE & PARTNERS, LLP

By: /s/ Michelle Ceja
Frank Brucculeri, Esq.
Michelle E. Ceja, Esq.
Attorneys for Plaintiff
CAPITAL BANK PLC

Dated: January 9, 2008

COPPENRATH & ASSOCIATES

By: /s/
Walter G. Coppenrath, Jr., Esq.
Attorneys for Defendant
JUANITA GROUP LIMTED

## ORDER

IT IS SO ORDERED.

Dated: 1/10/08

/s/
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER    Case No. CV062740

**DECLARATION OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in Los Angeles County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1801 Century Park East, Suite 1500, Los Angeles, California 90067-2302.

On January 9, 2008, I served the following document described as **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** on the interested parties in Case No. CV 06-2740 PSG (Ssx) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**Walter G. Coppenrath, Jr., Esq.**
**George M. Jones, Esq.**
**COPPENRATH & ASSOCIATES**
400 Oceangate, Suite 700
Long Beach, California 90802
Telephone: (562) 216-2948
Facsimile: (562) 252-1136
E-mail: waltla@aol.com

  **(VIA EMAIL):** I caused the documents to be sent to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  **(BY FACSIMILE):** I caused the foregoing documents to be transmitted via facsimile to the above addressee(s) at the facsimile number(s) indicated, and that the transmission was reported as complete and without error. Service via facsimile is made pursuant to the written confirmation between the parties of acceptance of service via facsimile. (Sending Facsimile (310) 277-1220.) Time of Transmittal: _____

  **XXX** **(BY MAIL):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

  ☐ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  ☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: January 9, 2008

              NIKKI TAGHILOU

Case No. CV 06-2740 PSG (SSx).

PROOF OF SERVICE